# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>FERNANDO GONZALES, et al.,<br><br>    Defendants. | 1:11-cv-00210-AWI-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S DECLARATION FOR LACK OF SIGNATURE<br>(Doc. 30.) |

Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2013, Plaintiff filed a Declaration titled "Plaintiff's First Declaration in Support of his Motions, Inter Alia." (Doc. 30.) The Declaration is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's Declaration, filed on November 20, 2013, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   **December 2, 2013**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE