UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FERNANDO GONZALES, et al.,<br><br>　　　　Defendants. | 1:11-cv-00210-AWI-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S DECLARATIONS FOR LACK OF SIGNATURE<br>(Doc. 32, 33.) |

Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2013, Plaintiff filed two Declarations titled "Plaintiff's Second Declaration in Support of his Motions, Inter Alia" and "Plaintiff's Third Declaration in Support of his Motions, Inter Alia" (Docs. 32, 33.) The Declarations are unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's Declarations, filed on December 9, 2013, are STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:　**December 11, 2013**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE