UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. CALDWELL,<br><br>　　　　　Defendant. | No. 1:11-cv-00210-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIMS AND DEFENDANTS<br><br>(Doc Nos. 46, 60) |

　　　　Plaintiff   Matthew James Griffin is appearing pro se and in forma pauperis in the civil rights action pursuant to 42 U.S.C. §1983.

　　　　The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 15, 2016, the magistrate judge filed findings and recommendations which were served on the parties and contained notice that objections were to be filed within fourteen days.  (Doc. No. 60.)  No filed objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The January 15, 2016 findings and recommendations (Doc No. 60) are adopted in full;
2. Defendant's motion to dismiss for failure to state a claim (Doc. No. 46) is denied; and
3. Defendant shall file an answer within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 29, 2016**   _____
UNITED STATES DISTRICT JUDGE