# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | Case No.: 1:11-cv-00210-DAD-BAM (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| CALDWELL, | |
| Defendant. | |

Matthew James Griffin, 1481522 CPF, a necessary and material witness in a settlement conference in this case on November 14, 2017, is confined in the Alexander Correctional Institution, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by video conference from his present place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, November 14, 2017 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **by video conference**, **and along with any necessary legal property**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** Warden, Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, North Carolina 28681:

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above **by video conference**, **and along with any necessary legal property**, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: **October 2, 2017**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE