# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>          Plaintiff,<br><br>  v.<br><br>CALDWELL,<br><br>          Defendant. | Case No.: 1:11-cv-00210-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 82) |

    Plaintiff Matthew James Griffin is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion requesting that the Court issue a writ of habeas corpus ad testificandum requiring him to be transported for trial set to commence in this action on February 13, 2018. (ECF No. 82.) Plaintiff need not file any motion regarding his transportation for presence at the jury trial in this matter. Instead, the Court will issue any necessary writ of habeas corpus ad testificandum closer to the date set for trial.

    Accordingly, Plaintiff's motion for a writ of habeas corpus ad testificandum is HEREBY DENIED, as unnecessary.

IT IS SO ORDERED.

    Dated: **October 31, 2017**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE