1
2
3
4            **UNITED STATES DISTRICT COURT**
5            **EASTERN DISTRICT OF CALIFORNIA**
6
7   MATTHEW JAMES GRIFFIN,                    Case No.: 1:11-cv-00210-DAD-BAM (PC)
8              Plaintiff,                     ORDER DIRECTING CLERK OF COURT TO
                                              CLOSE CASE PURSUANT TO
9        v.                                   STIPULATION FOR VOLUNTARY
                                              DISMISSAL, WITH PREJUDICE
10  CALDWELL,
                                              (ECF No. 88)
11             Defendant.
12
13          Plaintiff Matthew James Griffin is a state prisoner proceeding pro se and in forma

14  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 8, 2017, defense

15  counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil

16  Procedure 41(a)(1)(A)(ii).  (ECF No. 88.)  The stipulation is signed and dated by Plaintiff and

17  counsel for Defendant Caldwell, indicating that the case has been resolved in its entirety, that

18  each side shall bear their own costs and attorney's fees, and that there is no prevailing party.

19          In light of parties' stipulation for voluntary dismissal, this action is terminated by

20  operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party

21  shall bear his or her own litigation costs and attorney's fees.  The Clerk of the Court is directed to

22  terminate all pending motions and deadlines, and close this case.

23
    IT IS SO ORDERED.
24
25      Dated:   __December 11, 2017__          __/s/ Barbara A. McAuliffe__
26                                              UNITED STATES MAGISTRATE JUDGE
27
28